MAHER & GILBERT and ROBERT F. KOLB, attorneys for appellants.

CLARK & CLARK, attorneys for appellee.

---

## Isaac Dean v. Caroline P. Ford.

Appeal from the Superior Court of Cook County.

Decree of foreclosure, affirmed because of incomplete transcript of record, on Troy L. M. Co. v. Kelling, 157 Ill. 495, and Culver v. Schroth, 153 Ill. 437, and for other reasons shown in opinion filed.

CHARLES PICKLER, attorney for appellant.

E. F. GORTON and GEORGE W. BROWN, attorneys for appellee.

---

## Deming & Gould Co. v. Frederick Nelson et al.

Appeal from the Superior Court of Cook County.

Assumpsit, for balance due on shipment of peaches, presents questions of fact which are settled by verdict and judgment, the same not being manifestly against weight of evidence. Also question as to whether appellant is bound by acts of one whose agency is denied, which was decided on authority of section 150, Mechem on Agency, and other authorities cited.

PARKER & PAIN, attorneys for appellant.

WILLIAM H. SLACK, attorney for appellees.